UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

DAVID M. BERGESON and　　　　　　　　　Case No. 9:09-bk-24347-ALP
BARBARA S. BURGESON,　　　　　　　　　Chapter 13

　　　　　Debtors.　　　　　　/

**ORDER ON COLLIER COUNTY'S NOTICE TO THE BANKRUPTCY COURT
OF PETITIONER'S PENDING CASE IN THE UNITED STATES' DISTRICT COURT IN FORT
MYERS AND REQUEST FOR INSTRUCTION AS TO THE AUTOMATIC STAY**
(Doc. No. 32)

THIS CAUSE came on for consideration, ex parte, upon Collier County's Notice to the Bankruptcy Court of Petitioner's Pending Case in the United States' District Court in Fort Myers and Request for Instruction as to the Automatic Stay (hereinafter, "Collier County), filed on March 2, 2011 (Doc. No. 32). In the Motion, the Collier County seeks information from this Court as to whether any pending Order of the Bankruptcy Court results in a stay to pursue its pending Case., in the United States District Court for the Middle District of Florida, Fort Myers Division. The United States District Court for the Middle District of Florida, Fort Myers Division Action is entitled, *Barbara Burgeson v. Collier County, Tom Henning, Stan Chrzanowski, Rudy Moss*, No.: 2:09-cv-00220-CEH-DNF. This Court has reviewed the Notice, together with the record and is satisfied that the Debtors filed their Voluntary Petition for Relief pursuant to Chapter 13 of the Bankruptcy Code on October 27, 2009. This Court notes that the Debtors have failed to file a motion with this Court to extend the automatic stay and, therefore, the automatic stay is no longer in effect.

Accordingly, it is

ORDERED, ADJUDGED AND DECREED that the Collier County's Notice to the Bankruptcy Court of Petitioner's Pending Case in the United States' District Court in Fort Myers

and Request for Instruction as to the Automatic Stay (Doc. No. 32) be, and the same is hereby, noticed that the automatic stay is no longer in effect.

DONE AND ORDERED at Tampa, Florida, on <u>March 09, 2011</u>.

*[signature: David H. Adams]*

_____
DAVID H. ADAMS
United Stated Bankruptcy Judge